| | |
|---|---|
| **NAME** STEPHEN YAGMAN | **FILED** |
| **PRISON IDENTIFICATION/BOOKING NO.** 723 Ocean Front Walk | 2010 NOV 23 AM 10:06 |
| **ADDRESS OR PLACE OF CONFINEMENT** Venice Beach, CA 90291-3212 | CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES |
| (310) 452-3200 | BY: MAD |
| Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.* | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff, | CV **CV 10 9033-SVW** |
| | To be supplied by the Clerk of the United States District Court |
| v. | CR **-06-227-SVW** |
| STEPHEN YAGMAN | Criminal case under which sentence was imposed. |
| **FULL NAME OF MOVANT** (Include name under which you were convicted) | (5/0) |
| Petitioner. | **MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY 28 U.S.C § 2255** |
| | AND MOTION FOR STAY-EXTENSION OF TIME, after |

### INSTRUCTIONS - READ CAREFULLY p. 6

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

# Have no present timely access to photocopier.

```
LODGED

NOV - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY  MAD             DEPUTY
```

| CV-67 (02/05) | MOTION 28 U.S.C § 2255 | Page 1 of 6 |
|---|---|---|

## MOTION

1. Name and location of court which entered judgment of conviction under attack: _U.S.D.C. Cent. Cal._

2. Date of judgment of conviction: _approx. 06/22/07_
3. Length of sentence: _36 months_     Sentencing judge: _Stephen V. Wilson_
4. Nature of offense or offenses for which you were convicted: _Bankruptcy fraud (18. U.S.C. 1957[2]); attempted tax evasion; money laundering_

5. What was your plea? *(check one)*
   ☑ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: *(check one)*
   ☑ Jury
   ☐ Judge only

7. Did you testify at the trial?
   ☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction?
   ☑ Yes   ☐ No

9. If you did appeal, answer the following:
    (a) Name of court __U.S.C.A 9th Cir.__
    (b) Result __Lost__
    (c) Date of result __Sept. 2009__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    ☐ Yes   ☑ No

11. If your answer to question number 10 was "yes", give the following information: __N/A__
    (a) (1) Name of Court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No
        (5) Result _____
        (6) Date of result _____
    (b) (1) Name of Court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No
        (5) Result _____
        (6) Date of result _____
    (c) (1) Name of Court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No

(5) Result _____

_____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application or motion?

(1) First petition, etc.   ☐ Yes ☐ No

(2) Second petition, etc. ☐ Yes ☐ No

(3) Third petition, etc.  ☐ Yes ☐ No

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____

12. State concisely every** ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

~~(a)~~ Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

~~(b)~~ Conviction obtained by use of coerced confession.

~~(c)~~ Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

~~(d)~~ Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

~~(e)~~ Conviction obtained by violation of the privilege against self-incrimination.

*yes* **(f)** Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

~~(g)~~ Conviction obtained by a violation of the protection against double jeopardy.

~~(h)~~ Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

*yes* **(i)** Denial of effective assistance of counsel.

~~(j)~~ Denial of right of appeal.

** Moving for extension of time/stay to better set forth grounds.

CV-67 (02/05)                          MOTION                          Page 4 of 6
                                  28 U.S.C § 2255

A. Ground one: I plan to raise as issues all issues raised in all pretrial motions, plus the following issues, plus

Supporting facts (tell your story briefly without citing cases or law): perhaps more issues, all to be determined once I have a reasonable time within which to read all the (25 bankers boxes) files and do some research, after my release on Nov. 8, 2010:

B. Ground two: (1) perjury by IRS agents
(2) withheld evidence by government

Supporting facts (tell your story briefly without citing cases or law):
(3) possible misstatements by government witness, Swiss lawyer Ernst Widmer (pending translation of German document just received from Swiss government

C. Ground three: agency)
(4) ineffective assistance of appellate counsel

Supporting facts (tell your story briefly without citing cases or law):

(5) possible additional issues, including legal impossibility of bankruptcy charge and money laundering charges

D. Ground four: See motion to stay/for extension, after

Supporting facts (tell your story briefly without citing cases or law): page 6

**⁂** 13. If any of the grounds listed in 12 A, B, C and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: need to consult record to which there will be ready access after Nov. 8, 2010

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   ☐ Yes   ☑ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:

(a) At a preliminary hearing: _____

(b) At arraignment and plea: Barry Tarlow, Mark O. Heaney, 9119 Sunset Blvd., L.A., CA 90069

(c) At trial: Same + Mi Kim, same address

(d) At sentencing: Same + Mi Kim, same address

(e) On appeal: Erwin Chemerinsky, 2 Harvey Ct., Irvine, CA 92617

(f) In any post-conviction proceeding: Stephen Yagman

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

☑ Yes ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes ☑ No

(a) If so, give the name and location of the court which imposed sentence to be served in the future: _____

(b) Give the date and length of sentence to be served in the future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

☐ Yes ☑ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____Stephen Yagman_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 2, 2010
Date

_____Stephen Yagman_____
Signature of Movant

FROM: 43263112
TO:
SUBJECT: MOTION TO STAY/EXTENSION OF TIME
DATE: 11/2/2010 6:57:18 PM

Stephen Yagman moves the court to stay and/or extend the time within which he may file a proper Section 2255 motion and a memorandum of points and authorities in support thereof, based on the following:

   1. He is unsure of the one-year date by which he must file his Section 2255 motion, and is unable to conclude whether the one year runs from the date of the denial of his petition for rehearing en banc, which he believes to have been Nov. 8, 2009, or the date by which he would have been required to file a petition for certiorari (that was not filed), to wit, 90 days from the denial of the petition for rehearing en banc, and if it were the cert. date, the date would be Feb. 6, 2011, and therefore, he files the foregoing motion as a place-saver, as it were.

   2. Due to the circumstance of his incarceration from Jul. 2, 1010 to Nov. 8, 2010, petitioner has been unable to have adequate access to his case files or to an adequate legal research system, and therefore, he has been unable to do a proper Section 2255 motion. He wishes to do a proper one, after considering in more detail the issues, the facts, and the law.

   3. This court may recall that, as a lawyer, petitioner's practice was to be ready on time to address matters and never to ask for continuances or to agree to continuances, but this is a unique circumstance.

   4. Therefore, petitioner requests that the court stay this proceeding or grant petitioner a right to file a proper Section 2255 motion by no later than Feb. 6, 2011. Petitioner prefers a stay, in order to avoid other procedural issues.

Respectfully submitted,

_____ 11/02/10
STEPHEN YAGMAN

STEPHEN YAGMAN 43263-112
METROPOLITAN DETENTION CENTER
BOX 1500
LOS ANGELES, CA 90053

SPECIAL COURT MAIL - MAY
BE OPENED ONLY IN
INMATE'S PRESENCE

PAUL CRUZ
CLERK TO JUDGE WILSON
312 NORTH SPRING ST.
L.A. CA 90012



The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

DATE IN / DATE OUT 11/3/10   MAILROOM

DATE IN / DATE OUT   COUNSEL

DATE RECEIVED   INMATE SIGNATURE



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, November 23, 2010

STEPHEN YAGMAN
723 OCEAN FRONT WALK
VENICE BEACH, CA 90291-3212

Dear Sir/Madam:

A ☐ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number _____

A ☒ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number **2:06-CR-00227-SVW** and also assigned the civil case number **CV10- 9033 SVW**

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☒ District Court Judge __**Stephen V. Wilson**_____

☐ Magistrate Judge _____

at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: __MDAVIS_____
    Deputy Clerk

CV-17 (06/09)    **LETTER re FILING H/C PETITION or 28/2255 MOTION**