UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | No. CV 10-9033-SVW, CR 06-227(A)-SVW | Date | November 7, 2011 |
|---|---|---|---|
| Title | United States of America v. Stephen Yagman | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re Ex Parte Application for Order Correcting October 4, 2011 Order [52]

   Petitioner's Application, (Dkt. 52), is DENIED AS MOOT. The requested relief already has been granted. (<u>See</u> Dkt. 51).

:

Initials of Preparer   PMC